United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIANTE LONDON,

        Plaintiff,

    v.

GOLDEN GATE SCENIC,

        Defendant.
_____/

No. C 12-05600 DMR

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL**

On October 31, 2012, Plaintiff Kiante London filed an Application for Appointment of Counsel. [Docket No. 4.] Having considered Plaintiff's application, the court finds that plaintiff does not meet the standard set forth in 42 U.S.C. Section 2000e-5(f)(1). *See Bradshaw v. Zoological Soc'y of San Diego*, 662 F.2d 1301, 1318 (9th Cir. 1981) (setting forth factors to consider when determining whether to appoint counsel, including plaintiff's financial resources, efforts to secure counsel, and whether plaintiff's claim has merit). Although the court has determined that Plaintiff qualifies to proceed *in forma pauperis*, Plaintiff has not identified what efforts, if any, he has made to secure counsel on his own behalf. In addition, at this stage, the court cannot evaluate whether Plaintiff's claim has merit. Accordingly, Plaintiff's request for appointment of counsel is denied without prejudice. Plaintiff may renew his request in the future, but he must file a properly noticed motion for appointment of counsel.

1  The court advises Plaintiff that the Handbook for Pro Se Litigants, which contains helpful
2  information about proceeding without an attorney, is available on the Court's website at
3  http://cand.uscourts.gov/prosehandbook.  Plaintiff may also request a free copy from the Clerk's
4  office.  The court also refers Plaintiff to the VLSP Legal Help Center at the San Francisco
5  courthouse.  Plaintiff may call the VLSP Legal Help Center at (415) 782-9000, extension 8657, or
6  sign up on the 15th Floor of the San Francisco courthouse, Room 2796, for a free appointment with
7  an attorney who may be able to provide information, advice, and basic legal help, but not legal
8  representation.

10  IT IS SO ORDERED.

12  Dated:  December 5, 2012

DONNA M. RYU
United States Magistrate Judge