1  PHILIP L. ROSS, Bar No. 90042
   ANGELA J. RAFOTH, Bar No. 241966
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone: 415.433.1940
5  Facsimile: 415.399.8490
   E-mail: plross@littler.com
6  E-mail: arafoth@littler.com

7  Attorneys for Defendant
   GOLDEN GATE SCENIC STEAMSHIP CORPORATION
8  d/b/a THE RED AND WHITE FLEET

9  PAMELA PITT, Bar No. 156395
   LAW OFFICE OF PAMELA PITT
10 605 Market Street, Suite 1200
   San Francisco, CA 94105
11 Telephone: 415.291.9251
   Facsimile: 415.291.9252
12

13 Attorneys for Plaintiff
   KIANTE LONDON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KIANTE LONDON, | Case No. C12-5600-CRB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| GOLDEN GATE SCENIC STEAMSHIP CORPORATION d/b/a THE RED AND WHITE FLEET, | Date: June 14, 2013<br>Time: 8:30 a.m. |
| Defendant. | Complaint Filed: October 31, 2012<br>FAC Filed: January 28, 2013 |

STIP. & [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE    1.    CASE NO. C12-5600-CRB

## RECITALS

Plaintiff KIANTE LONDON ("Plaintiff") and Defendant GOLDEN GATE SCENIC STEAMSHIP CORPORATION ("Defendants") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on March 29, 2013, the Court held a Case Management Conference ("CMC") in this matter in which the Court and the parties agreed to submit the matter to Early Neutral Evaluation;

WHEREAS, the Court set a further CMC for June 14, 2013, to discuss further proceedings;

WHEREAS, on May 16, 2013, the Court issued an order appointing Kirby Wilcox as the ENE neutral for this case;

WHEREAS, on June 5, 2013, the Parties and Mr. Wilcox held a telephonic meeting at which they discussed the ENE process and timing and agreed to hold the session on June 24, 2013, a date on which all were available to participate;

WHEREAS, the Parties do not believe it is necessary or efficient to hold a further CMC until after the ENE session and any subsequent discussions or negotiations have been completed, regardless of the outcome.

ACCORDINGLY, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, through their respective counsel, and the parties submit the following requests to the Court:

## STIPULATION

1. That the Court continue the Case Management Conference, scheduled on June 14, 2013 at 8:30 a.m. in Courtroom 6 to a date on or after June 28, 2013, at the convenience of the Court.

//
//
//
//

Dated: June 6, 2013

/s/ *Angela J. Rafoth*
ANGELA J. RAFOTH
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
GOLDEN GATE SCENIC STEAMSHIP
CORPORATION D/B/A THE RED AND WHITE FLEET

Dated: June 6, 2013

/s/ *Pamela Pitt*
PAMELA PITT
LAW OFFICES OF PAMELA PITT
Attorneys for Plaintiff
KIANTE LONDON

### ORDER

Pursuant to the parties' stipulation, and good cause appearing, IT IS ORDERED that the further Case Management Conference in this matter, set for June 14, 2013, is continued to July 12, 2013, at 8:30 a.m. in Courtroom 6.

**IT IS SO ORDERED.**

Dated: June 11, 2013

_____
UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

Firmwide:120932196.1 046438.1007

| STIP. & [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE | 3. | CASE NO. C12-5600-CRB |