1  PHILIP L. ROSS, Bar No. 90042
   ANGELA J. RAFOTH, Bar No. 241966
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:   415.433.1940
5  Facsimile:    415.399.8490
   E-mail: plross@littler.com
6  E-mail: arafoth@littler.com

7  Attorneys for Defendant
   GOLDEN GATE SCENIC STEAMSHIP CORPORATION
8  d/b/a THE RED AND WHITE FLEET

9  PAMELA PITT, Bar No. 156395
   LAW OFFICE OF PAMELA PITT
10 605 Market Street, Suite 1200
   San Francisco, CA 94105
11 Telephone:   415.291.9251
12 Facsimile:    415.291.9252

13 Attorneys for Plaintiff
   KIANTE LONDON

14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17

18 KIANTE LONDON,                          Case No.  C12-5600-CRB

19         Plaintiff,                      STIPULATION AND [PROPOSED]
                                           ORDER GRANTING LEAVE TO FILE
20    v.                                   SECOND AMENDED COMPLAINT

21 GOLDEN GATE SCENIC STEAMSHIP
   CORPORATION d/b/a THE RED AND
22 WHITE FLEET,
                                           Complaint Filed:   October 31, 2012
23         Defendant.                      FAC Filed:         January 28, 2013

---

STIPULATION GRANTING LEAVE TO FILE            1.                    CASE NO. C12-5600-CRB
SECOND AMENDED COMPLAINT

## RECITALS

Plaintiff KIANTE LONDON ("Plaintiff") and Defendant GOLDEN GATE SCENIC STEAMSHIP CORPORATION ("Defendants") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on July 1, 2013, Plaintiff London filed a charge with the California Department of Fair Employment and Housing alleging additional facts regarding discrimination based on race and retaliation which are a continuing violation of the facts in the causes of action in the First Amended Complaint on file in this case;

WHEREAS, Plaintiff received a Right to Sue letter from the California Department of Fair Employment and Housing on July 1, 2013;

WHEREAS, the Parties do not believe it is necessary or efficient to file a separate action for the facts alleged in the July 1, 2013 California Department of Fair Employment and Housing Charge;

WHEREAS, the Plaintiff has prepared a Second Amended Complaint, attached hereto as Exhibit A, which reflects the additional facts set forth in the July 1, 2013 charge;

ACCORDINGLY, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, through their respective counsel, and the parties submit the following requests to the Court:

## STIPULATION

1. That the Court grant Plaintiff leave to amend to file a Second Amended Complaint in the present case.

2. That Defendant shall have 21 days from service of the Second Amended complaint to file a responsive pleading.

//
//
//
//
//

1

2  Dated: July 7, 2013

3                                        /s/ *Angela J. Rafoth*
                                         ANGELA J. RAFOTH
4                                        LITTLER MENDELSON
                                         A Professional Corporation
5                                        Attorneys for Defendant
                                         GOLDEN GATE SCENIC STEAMSHIP
6                                        CORPORATION D/B/A THE RED AND WHITE FLEET

7

8  Dated: July 7, 2013                   /s/ *Pamela Pitt*
                                         PAMELA PITT
9                                        LAW OFFICES OF PAMELA PITT
                                         Attorneys for Plaintiff
10                                       KIANTE LONDON

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION GRANTING LEAVE TO FILE         3.                    CASE NO. C12-5600-CRB
SECOND AMENDED COMPLAINT

## [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, and good cause appearing, IT IS ORDERED that Plaintiff is granted leave to file the Second Amended Complaint attached hereto as Exhibit A. Defendant shall have 21 days to file a responsive pleading.

**IT IS SO ORDERED.**

Dated: July 12, 2013

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE