1  PHILIP L. ROSS, Bar No. 90042
   ANGELA J. RAFOTH, Bar No. 241966
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone:  415.433.1940
   Facsimile:  415.399.8490
5  E-mail: plross@littler.com
   E-mail: arafoth@littler.com
6

7  Attorneys for Defendant
   GOLDEN GATE SCENIC STEAMSHIP CORPORATION
8  d/b/a THE RED AND WHITE FLEET

9  PAMELA PITT, Bar No. 156395
   LAW OFFICE OF PAMELA PITT
10 605 Market Street, Suite 1200
   San Francisco, CA 94105
11 Telephone:  415.291.9251
   Facsimile:  415.291.9252
12

13 Attorneys for Plaintiff
   KIANTE LONDON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KIANTE LONDON, | Case No. C12-5600-CRB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| v. | |
| GOLDEN GATE SCENIC STEAMSHIP CORPORATION d/b/a THE RED AND WHITE FLEET, | |
| Defendant. | Complaint Filed: October 31, 2012<br>FAC Filed: January 28, 2013 |

## RECITALS

Plaintiff KIANTE LONDON ("Plaintiff") and Defendant GOLDEN GATE SCENIC STEAMSHIP CORPORATION ("Defendants") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on July 1, 2013, Plaintiff London filed a charge with the California Department of Fair Employment and Housing alleging additional facts regarding discrimination based on race and retaliation which are a continuing violation of the facts in the causes of action in the First Amended Complaint on file in this case;

WHEREAS, Plaintiff received a Right to Sue letter from the California Department of Fair Employment and Housing on July 1, 2013;

WHEREAS, the Parties do not believe it is necessary or efficient to file a separate action for the facts alleged in the July 1, 2013 California Department of Fair Employment and Housing Charge;

WHEREAS, the Plaintiff has prepared a Second Amended Complaint, attached hereto as Exhibit A, which reflects the additional facts set forth in the July 1, 2013 charge;

ACCORDINGLY, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, through their respective counsel, and the parties submit the following requests to the Court:

## STIPULATION

1. That the Court grant Plaintiff leave to amend to file a Second Amended Complaint in the present case.

2. That Defendant shall have 21 days from service of the Second Amended complaint to file a responsive pleading.

//
//
//
//
//

Dated: July 7, 2013

/s/ *Angela J. Rafoth*
ANGELA J. RAFOTH
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
GOLDEN GATE SCENIC STEAMSHIP
CORPORATION D/B/A THE RED AND WHITE FLEET

Dated: July 7, 2013

/s/ *Pamela Pitt*
PAMELA PITT
LAW OFFICES OF PAMELA PITT
Attorneys for Plaintiff
KIANTE LONDON

## [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, and good cause appearing, IT IS ORDERED that Plaintiff is granted leave to file the Second Amended Complaint attached hereto as Exhibit A. Defendant shall have 21 days to file a responsive pleading.

**IT IS SO ORDERED.**

Dated: July 12, 2013

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE