```
1  ROBERT JOSEPH PIA (SBN: 115179)
   LAW OFFICES OF ROBERT PIA
2  855 Front Street
3  San Francisco, CA 94111-1411
   Telephone: 415 651-1443
4  Voice Mail: 415 249-3890
   Facsimile: 720 367-0521
5  E-mail: pialaw@earthlink.net
6
   Attorney for Defendant
7  GOLDEN GATE SCENIC STEAMSHIP CORPORATION
   d/b/a THE RED AND WHITE FLEET
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KIANTE LONDON, | CASE No. C12-5600-CRB |
|---|---|
| Plaintiff, | NOTICE OF CHANGE IN COUNSEL |
| vs. | |
| GOLDEN GATE SCENIC STEAMSHIP CORPORATION d/b/a THE RED AND WHITE FLEET, | |
| Defendant. | |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT:

Defendant GOLDEN GATE SCENIC STEAMSHIP CORPORATION, d/b/a/ THE RED AND WHITE FLEET makes the following substitution of attorneys for defendant:

1. **Former Legal Representatives:** Attorneys Philip Lane Ross / Angela Joy Rafoth
   Littler Mendelson, PC

2. **New Legal Representative:** Attorney Robert Joseph Pia (SBN 115179),
   Law Offices of Robert Pia, 855 Front Street,
   San Francisco, CA 94111-1411; Tel.: 415-651-
   1443; E-mail: pialaw@earthlink.net

1

NOTICE OF CHANGE OF COUNSEL                                    CASE No. C12-5600-CRB

3. PLEASE TAKE FURTHER NOTICE that all pleadings, notices, discovery, responses, and other matters requiring service on the attorneys of record for defendant should be served on defendant's new legal representative in place and instead of defendant's former legal representatives.

4. I consent to this substitution on behalf of Defendant.

Date: August 19, 2013

_____
(Signature of Authorized Defendant Representative)

5. I consent to this substitution on behalf of Littler Mendelson, P.C. and its attorneys.

Date: August 19, 2013

_____
(Signature of Former Attorney(s) Representative)

6. I consent to this substitution.

Date: August 20, 2013

_____
ROBERT JOSEPH PIA (New Attorney)

Oct. 11, 2013

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

2

NOTICE OF CHANGE OF COUNSEL                         CASE NO. C12-5600-CRB